# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143307(50)

_____

In re Estate of ARNOLD E. MORTIMORE,
Deceased.

_____

RENEE HANNEMAN and DEAN
MORTIMORE,
      Appellees,

v

HELEN M. FISER,
      Appellant.

_____

SC: 143307
COA: 297280
Shiawassee CC: 09-034102-DA

On order of the Chief Justice, the motion by appellees for adjournment of the oral argument of this case is considered and it is GRANTED. The Clerk is directed to place this case on the next available session calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2012

_____
Clerk